1  Marc V. Kalagian
   Attorney at Law: 4460
2  211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.kalagian@rksslaw.com
5  Attorneys for Plaintiff
   BRIDGET K. COLLERAN
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11

12 | BRIDGET K. COLLERAN            ) Case No.: 2:14-cv-01736-GMN-GWF
                                   )
13 |        Plaintiff,              ) UNOPPOSED MOTION TO EXTEND
   | v.                            ) TIME TO FILE RESPONSE TO
14 |                                ) DEFENDANT'S OBJECTIONS
   | NANCY A. BERRYHILL, Acting    )
15 | Commissioner of Social Security.)
                                   )
16 |        Defendant.              )
                                   )
17 |_____ )

18
        Plaintiff Bridget K. Colleran and Defendant Nancy A. Berryhill, Acting
19
   Commissioner of Social Security, through their undersigned attorneys, stipulate,
20
   subject to this court's approval, to extend the time to March 6, 2017 for Plaintiff to
21
   file his Response to Defendant's Objections to the Report and Recommendation,
22
   Docket No. 26.
23
   ///
24

25

26

                                         -1-

1   This request is made at the request of Plaintiff's counsel. Plaintiff's counsel
2   inadvertently did not calendar his response. Plaintiff's counsel sincerely apologizes
3   to the Court for any inconvenience.  Defendant has no objections to this motion.
4
5   DATE: March 2, 2017              Respectfully submitted,
6                                    ROHLFING & KALAGIAN, LLP
7                                    /s/ *Marc V. Kalagian*
8                         BY: _____
                                     Marc V. Kalagian
9                                    Attorney for plaintiff Ms. Bridget K. Colleran
10
11  DATE:  March 2, 2017
                                     DANIEL G. BOGDEN
12                                    United States Attorney
13
                                     /s/ *Theophous H. Reagans*
14                        BY: _____
15                                   Theophous H. Reagans
                                     Special Assistant United States Attorney
16                                   Attorneys for defendant Nancy A. Berryhill
                                     |*authorized by e-mail|
17
18
19  DATED:  3/03/2017
20
    IT IS SO ORDERED:    _____*George Foley Jr.*_____
21
                         UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26